**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL JOHNSON, | ) | No. 1:18-cv-01353-PAG |
| | ) | |
| Plaintiff, | ) | **MOTION FOR LEAVE FOR** |
| | ) | **ADMISSION PRO HAC VICE FOR** |
| vs. | ) | **JOSHUA GRABEL** |
| | ) | |
| GEICO INSURANCE COMPANY, | ) | |
| GEICO CHOICE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Local Rule 83.5(h), Defendants GEICO Insurance Company and GEICO Choice Insurance Company (hereinafter "Defendants"), by and through the undersigned counsel, respectfully moves the Court for an order granting admission *pro hac vice* of Joshua Grabel of Lewis Roca Rothgerber Christie LLP for the purpose of appearing as counsel on behalf of Defendants in this case.

As established by the attached Affidavit, Joshua Grabel (AZ Bar Number 018373) is a member in good standing of the court which he is admitted.

Joshua Grabel's contact information is:

Joshua Grabel
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5759
Facsimile: (602) 262-5747
E-Mail: jgrabel@lrrc.com

Further, Joshua Grabel agrees to be bound by the Local Rules of the District and Orders of this Court.

For the foregoing reasons, counsel for Defendants respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Joshua Grabel.

DATED this 14th day of June, 2018.

                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                    By: */s/John C. West*
                                            John C. West (State Bar No. 028906)
                                            Email: jwest@lrrc.com
                                            201 E. Washington Street, Suite 1200
                                            Phoenix, AZ 85004
                                            Telephone: (602) 262-5781
                                            Facsimile: (602) 262-5747

                                  Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2018, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/John C. West

105193804_1