UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL JOHNSON, </br></br>    Plaintiff, </br></br>vs. </br></br>GEICO INSURANCE COMPANY, </br>GEICO CHOICE INSURANCE </br>COMPANY, </br></br>    Defendants. | No. 1:18-cv-01353-PAG </br></br>**MOTION FOR LEAVE FOR ADMISSION PRO HAC VICE FOR JESSICA L. FULLER** |

Pursuant to Local Rule 83.5(h), Defendants GEICO Insurance Company and GEICO Choice Insurance Company (hereinafter "Defendants"), by and through the undersigned counsel, respectfully moves the Court for an order granting admission *pro hac vice* of Jessica L. Fuller of Lewis Roca Rothgerber Christie LLP for the purpose of appearing as counsel on behalf of Defendants in this case.

As established by the attached Affidavit, Jessica L. Fuller (CO Bar Number 36769) is a member in good standing of the court which she is admitted.

Jessica L. Fuller's contact information is:

Jessica L. Fuller
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Telephone: (303) 623-9000
Facsimile: (303) 623-9222
E-Mail: jfuller@lrrc.com

Further, Jessica L. Fuller agrees to be bound by the Local Rules of the District and Orders of this Court.

For the foregoing reasons, counsel for Defendants respectfully requests that this Court enter an Order granting the admission *pro hac vice* of Jessica L. Fuller.

DATED this 14th day of June, 2018.

                                          LEWIS ROCA ROTHGERBER CHRISTIE LLP


                                          By: */s/John C. West*
                                                John C. West (State Bar No. 028906)
                                                Email: jwest@lrrc.com
                                                201 E. Washington Street, Suite 1200
                                                Phoenix, AZ 85004
                                                Telephone: (602) 262-5781
                                                Facsimile: (602) 262-5747

                                        Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2018, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/John C. West*

105194984_1