# IN THE UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL JOHNSON, | ) | CASE NO. 1:18-cv-01353-PAG |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| GEICO INSURANCE COMPANY, | ) | |
| GEICO CHOICE INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
2/25/19

**PLEASE TAKE NOTICE THAT**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Johnson, by and through his undersigned counsel, hereby voluntarily dismisses this action, and all claims asserted therein, in the entirety and <u>with prejudice</u>. No parties have filed an answer or a motion for summary judgment. Thus, dismissal is appropriate under Rule 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ James S. Wertheim*
JAMES S. WERTHEIM (0029464)
James S Wertheim LLC
24700 Chagrin Blvd., Suite 309
Beachwood, OH 44122
216-902-1719
wertheimjim@gmail.com
*Counsel for Plaintiff Daniel Johnson*